478 A.2d 91

Commonwealth v. Calloway, Appellant.

 Submitted
February 24, 1984. David S. Keller, for appellant; Gregory
B. Abeln, Assistant District Attorney, for appellee.

Before SPAETH, P.J., and CIRILLO and CERCONE, JJ.

Order affirmed.